```
                                                           FILED
                                                    November 14, 2007
                                                  CLERK, US DISTRICT COURT
                                                   EASTERN DISTRICT OF
                                                       CALIFORNIA

                                                      DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )          Case No. CR. S-07-0449 MCE
          Plaintiff,                )
                                    )
v.                                  )          ORDER FOR RELEASE OF
                                    )          PERSON IN CUSTODY
TIFFANY CHARANADA PIPPINS ,         )
                                    )
          Defendant.                )
_____    )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIFFANY CHARANADA PIPPINS  , Case

No.  CR. S-07-0449 MCE  , Charge  Title 18 USC § 371  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    X    Bail Posted in the Sum of $  25,000 ⁰⁰ , cosisned by mother.

        X    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        X    (Other)  With Pretrial Services supervision
of conditions.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 14, 2007  at  2:30  pm  .

By _____

Dale A. Drozd
United States Magistrate Judge