1  KRISTA HART
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 350
3  Sacramento, CA  95814
   (916) 498-8398
4

5  Attorney for Defendant
   Tiffany Pippins
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   THE UNITED STATES OF                )    No. 2:07-cr-00449-MCE
12 AMERICA                              )
                                        )
13              Plaintiffs,             )    **STIPULATION AND ORDER TO RESET**
                                        )    **STATUS CONFERENCE**
14       v.                             )
                                        )
15 TIFFANY PIPPINS,                     )
                                        )
16              Defendant.              )
   _____  )
17

18       Defendant Tiffany Pippins by and through counsel Krista Hart, defendant Jasmin Butts by

19 and through counsel Shari Rusk, and Darcell Epps by and through counsel Timothy Warriner,

20 along with the United States (government) by and through counsel Assistant U.S. Attorney Kyle

21 Reardon hereby stipulate and agree the status conference currently set for March 27, 2008, be

22 vacated and reset to May 8, 2008.

23       It is further stipulated and agreed between the parties that the period of time from March

24 27, 2008, up to and including May 8, 2008, be excluded in computing the time within which the

25 trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All

26 parties stipulate and agree that this is an appropriate exclusion of time within the meaning of

27 Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

28       The parties in this case have been engaged in settlement negotiations and the government

has provided written plea agreements.  The additional time is necessary to review the written plea agreements with the clients, conduct necessary legal research and, if appropriate, make counter offers to the government.

DATED: March 26, 2008

 */s/ Krista Hart*
Attorney for Defendant
Tiffany Pippins

DATED: March 26, 2008

 */s/ Shari Rusk*
Attorney for Defendant
Jasmin Butts

DATED: March 26, 2008

 */s/ Timothy Warriner*
Attorney for Defendant
Darcell Epps

DATED: March 26, 2008

McGregor Scott
United States Attorney

 */s/ Kyle Reardon*
Assistant U.S. Attorney

ORDER

**IT IS SO ORDERED.**

Dated: March 26, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE