KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Tiffany Pippins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 2:07-cr-00449-MCE |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER TO RESET STATUS CONFERENCE** |
| v. | |
| TIFFANY PIPPINS, | |
| Defendant. | |

      Defendant Tiffany Pippins by and through counsel Krista Hart, defendant Jasmin Butts by and through counsel Shari Rusk, and Darcell Epps by and through counsel Timothy Warriner, along with the United States (government) by and through counsel Assistant U.S. Attorney Kyle Reardon hereby stipulate and agree the status conference currently set for May 8, 2008, be vacated and reset to June 12, 2008, at 9:00 a.m.

      It is further stipulated and agreed between the parties that the period of time from May 8, 2008, up to and including June 12, 2008, be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

///

The parties in this case have been engaged in settlement negotiations and the government has provided written plea agreements.  The additional time is necessary to review the written plea agreements with the clients, conduct necessary legal research and, if appropriate, make counter offers to the government.

DATED: May 6, 2008

  */s/ Krista Hart*
  Attorney for Defendant
  Tiffany Pippins

DATED: May 6, 2008

  */s/ Shari Rusk*
  Attorney for Defendant
  Jasmin Butts

DATED: May 6, 2008

  */s/ Timothy Warriner*
  Attorney for Defendant
  Darcell Epps

DATED: May 6, 2008

  McGregor Scott
  United States Attorney

  */s/ Kyle Reardon*
  Assistant U.S. Attorney

ORDER

**IT IS SO ORDERED.**

 Dated: May 6, 2008

  _____
  MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE