KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Tiffany Pippins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> TIFFANY PIPPINS, <br><br> Defendant. | No. 2:07-cr-00449 MCE <br><br> **STIPULATION AND ORDER TO RESET STATUS CONFERENCE** |

    Defendant Tiffany Pippins by and through counsel Krista Hart, and defendant Jasmin Butts by and through counsel Shari Rusk, along with the United States (government) by and through counsel Assistant U.S. Attorney Kyle Reardon hereby stipulate and agree the status conference currently set for July 3, 2008, be vacated and reset for a change of plea on July 24, 2008, at 9:00 a.m.

    It is further stipulated and agreed between the parties that the period of time from July 3, 2008, up to and including July 24, 2008, be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

///

The parties in this case have been engaged in settlement negotiations and the government has provided written plea agreements; the defendants requested modifications and changes in the plea agreements. It appears we are very close to resolving the matter. The additional time is necessary to review the modified written plea agreements with the clients, conduct necessary legal research.

DATED: July 2, 2008          /s/ Krista Hart
                             Attorney for Defendant
                             Tiffany Pippins

DATED: July 2, 2008          /s/ Shari Rusk
                             Attorney for Defendant
                             Jasmin Butts

DATED: July 2, 2008          McGregor Scott
                             United States Attorney

                             /s/ Kyle Reardon
                             Assistant U.S. Attorney

ORDER

**IT IS SO ORDERED.**

Dated: July 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE